# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF SOUTH CAROLINA
# ORANGEBURG DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Civil Action No. 5:14-cv-04490-JMC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER GRANTING JOINT** |
| | ) | **MOTION FOR ENTRY OF JUDGMENT** |
| MERILYN M. BROOKER, individually | ) | **BY CONSENT** |
| and as the personal representative of the | ) | |
| ESTATE OF DAVID W. BROOKER, | ) | |
| deceased, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the court pursuant to the parties' Joint Motion for Entry of Judgment by Consent against Defendant Merilyn M. Brooker (ECF No. 30). The court has reviewed the Joint Motion and the record in this case including the Complaint (ECF No. 1). Upon consideration of the aforementioned record, the court **GRANTS** the Joint Motion (ECF No. 30) and **ENTERS** final judgment in favor of the United States and against Merilyn M. Brooker, individually and as the personal representative of the estate of David W. Brooker, deceased, consistent with the terms stated in the Joint Motion. All other pending motions (e.g., ECF No. 29) are denied as **MOOT**.

    **IT IS SO ORDERED.**

*J. Michelle Childs*

United States District Judge

July 29, 2015
Columbia, South Carolina