# IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF SOUTH CAROLINA
## ORANGEBURG DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Civil Action No. 5:14-cv-04490-JMC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **JUDGMENT** |
| MERILYN M. BROOKER, individually | ) | |
| and as the personal representative of the | ) | |
| ESTATE OF DAVID W. BROOKER, | ) | |
| deceased, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Having granted the parties' Joint Motion for Entry of Judgment by Consent against Defendant Merilyn M. Brooker (ECF No. 30) by separate order (ECF No. 31), the court now **ENTERS** final judgment in this case as follows:

a. in favor of the United States and against Merilyn M. Brooker and the Estate of David W. Brooker, deceased, jointly in the amount of $294,933.48 as of June 26, 2015, plus interest and other statutory additions accruing after that date for unpaid federal income tax liabilities assessed against them jointly for the tax years 1998 to 2004, 2006, and 2007; and

b. in favor of the United States and against the Estate of David W. Brooker, deceased, in the amount of $34,058.21 as of June 26, 2015, plus interest and other statutory additions accruing after that date for unpaid federal income tax liabilities assessed against him for the tax years 2010 and 2011; and

c. in favor of the United States and against Merilyn M. Brooker in the amount of $3,187.51 as of June 26, 2015, plus interest and other statutory additions accruing after that date for unpaid federal income tax liabilities assessed against her for the tax years 2010 and 2011.

2

**IT IS SO ORDERED.**

*J. Michelle Childs*

United States District Judge

July 29, 2015
Columbia, South Carolina

12843393.1